IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACQUELINE BEAL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-00862-CMH-TCB |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

(Rule 16(b) Pretrial Conference Scheduled: Wednesday, March 31, 2021 at 11:00 a.m.)

The parties have conferred and by counsel hereby submit to the Court pursuant to Fed. R. Civ. P. 26 and 16(b) the following proposed discovery plan. This matter is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") and is subject to a review of the administrative record by the Court.

1. Disclosure pursuant to Fed. R. Civ. P. 26(a)(1): The parties agree, pursuant to Fed. R. Civ. P. 26(a)(1)(E)(i), that this action is exempt from initial disclosures as it is "an action for review of an administrative record." The parties disagree on the appropriate standard of review.

2. Defendant will file a copy of the administrative record with the Court and serve a copy upon the plaintiff on or before April 30, 2021.

3. Plaintiff will file any objections to the authenticity or completeness of the administrative record on or before 20 days after the filing of the administrative record.

4. Experts: This matter is an action for review of an administrative record. As such, the parties expect that this case can be determined by dispositive motions and therefore a trial

will not be likely.  The parties agree that experts in this matter are limited to persons identified in the administrative record and the contents of their reports in the record.  Thus, the parties agree to dispense with requirements of Fed. R. Civ. P. 26(a)(2).

5. Discovery deadlines:

    a. The parties incorporate by reference the discovery rules and deadlines imposed by the Court's March 9, 2021 Order.

    b. The parties agree to dispense with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) as this matter is an administrative review and limited to the persons identified in the administrative record.

    c. The parties agree that this ERISA case should be decided by the Court based upon its review of the administrative record and the motions of the parties. The parties reserve the opportunity to seek limited discovery which, if sought, shall be completed by July 9, 2021 in accordance with the Court's Order dated March 9, 2021.  The parties reserve their right to object to same, including the right to object to the permissibility of discovery generally.  The parties may bring any discovery dispute to the court for resolution.

6. The parties do not request a trial before a Magistrate Judge.

7. The parties do not anticipate that changes need to be made to the limitations on discovery as imposed under the Fed. R. Civ. P. or the local rules.

8. The parties respectfully request the Court dispense with the Rule 16(b) Pretrial Conference scheduled in this matter for Wednesday, March 31, 2021 at 11:00 a.m.

9. Alternative dispute resolution:  The parties are amenable to considering mediation as a form of alternative dispute resolution.  Should the parties seek mediation, they agree to

remote appearances by parties. Should the Court require in-person appearances by counsel, the parties agree that the parties may attend remotely.

10. Trial date: The parties expect this case will be disposed of by cross-motions and the need for a trial is not likely. The parties will file their dispositive motions pursuant to the following scheduling:

    a. The parties will file and serve their dispositive motions on August 5, 2021.

    b. The parties will file and serve their opposition briefs on August 26, 2021.

    c. If necessary, the parties will file reply briefs on September 9, 2021.

11. The parties will then notice on the motions for an appropriate Friday motions day.

IT IS SO ORDERED.

Date: _____      _____
                                                    United States District Magistrate Judge

WE ASK FOR THIS:

/s/ Richard D. Carter
Richard D. Carter (VSB No. 32257)
RICHARD D. CARTER, PLLC
1765 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 549-0076
Facsimile: (703) 542-1273
rcarter@richcarterlaw.com
  *Counsel for Plaintiff*


/s/ Charles F. Fuller
Charles F. Fuller, Esq.
McChesney & Dale, P.C.
4710 Bethesda Ave., Ste. 205
Bethesda, MD 20814
Telephone: (301) 657-1500
Facsimile: (301) 657-1506
chuck@dalelaw.com
  *Counsel for Plaintiff*


SEEN AND AGREED TO:
/s/ David E. Constine, III
David E. Constine, III (VSB No. 23223)
Troutman Pepper Hamilton Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.constine@troutman.com
  *Counsel for Defendants*

38540605v1