UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

Jacqueline Beal
_____

vs.                                         Civil/Criminal Action No. __1:20cv00862__

Life Insurance Company of North America

## AMENDED FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Life Insurance Company of North America__ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

LINA is a wholly owned subsidiary of New York Life Insurance Company; New York Life Insurance Company is not a subsidiary of any other entity which owns 10% or more stock of the New York Life Insurance Company

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__March 24, 2021__                          /s/David E. Constine, III
Date                                        Signature of Attorney or Litigant
                                            Counsel for __Life Insurance Company of North America__

Rev. 03/12/19