IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACQUELINE BEAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIFE INSURANCE COMPANY ) <br> OF NORTH AMERICA, ) <br> ) <br> Defendant. ) | Civil Action No. 1:20cv00862-CMH-TCB |

**DEFENDANT'S MOTION TO SEAL ADMINISTRATIVE RECORD**

Defendant Life Insurance Company of North America ("LINA"), by counsel, and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Local Rule of Civil Procedure 5 and the United States District Court for the Eastern District of Virginia's Electronic Case Filing ("E-Filing") Policies, hereby moves this Court to seal the administrative record to be filed in this matter in order to prevent public disclosure of personal data identifiers and other confidential information contained in the administrative record. Plaintiff does not oppose this motion. The reasons for Defendant's motion are more fully explained in the accompanying non-confidential memorandum.

Defendant asks that any need for a hearing be waived.

WHEREFORE, Defendant Life Insurance Company of North America respectfully requests that the Court enter an order allowing the administrative record to be filed under seal.

LIFE INSURANCE COMPANY OF
NORTH AMERICA

By: /s/David E. Constine, III
David E. Constine, III (VSB No. 23223)
Troutman Pepper Hamilton Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.constine@troutman.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April, 2021, a true and accurate copy of the foregoing documents was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Richard D. Carter, Esquire
Richard D. Carter PLLC
1765 Duke Street
Alexandria, VA 22314
rcarter@richcarterlaw.com
*and*
Charles F. Fuller, Esquire
McChesney & Dale, P.C.
4710 Bethesda Avenue, Suite 205
Bethesda, MD 20814
chuck@dalelaw.com
*Counsel for Plaintiff*


By: /s/David E. Constine, III
      David E. Constine, III (VSB No. 23223)
      Troutman Pepper Hamilton Sanders LLP
      P. O. Box 1122
      Richmond, Virginia 23218-1122
      Telephone: (804) 697-1200
      Facsimile: (804) 697-1339
      david.constine@troutman.com
        *Counsel for Defendant*